UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AVNER GREENWALD,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>RIPPLE LABS, INC., *et al.*,<br><br>Defendants-Petitioners. | 9th Cir. No. 18-80147<br><br>MOTION TO VOLUNTARILY DISMISS PETITION FOR PERMISSION TO APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendants-Petitioners hereby move the Court for an order dismissing the above captioned Petition for Permission to Appeal from Order Granting Motion to Remand Pursuant to 28 U.S.C. § 1453(c)(1).

The parties have agreed that each side shall bear its own costs and fees on appeal.

DATED: June 7, 2019

By: _____/s/Peter B. Morrison_____
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:     (213) 687-5000
Facsimile:     (213) 687-5600

Attorneys for Defendants-Petitioners
Ripple Labs, Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita

1

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 18-80147

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[x] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

**Signature** | /s/ Peter B. Morrison     **Date** | June 7, 2019

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 15**                                                Rev. 12/01/2018