UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

JUN 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated, | No. 18-80147 |
| Plaintiff-Respondent, | D.C. No. 4:18-cv-04790-PJH Northern District of California, Oakland |
| v. | |
| RIPPLE LABS, INC.; et al., | ORDER |
| Defendants-Petitioners. | |

Petitioners' motion for voluntary dismissal of this petition is granted. This petition is dismissed. *See* Fed. R. App. P. 42(b).

As stipulated by the parties, each side shall bear its own costs and fees.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan Landsittel
Deputy Clerk
Ninth Circuit Rule 27-7

SLL/MOATT